# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DANIELLE CRAIN, Individually
and on Behalf of all Others
Similarly Situated                                                      PLAINTIFF

v.                              No. 4:20-cv-245-DPM

ARKANSAS QUALITY THERAPY CO.;
COREY KIMBROUGH; and
TROOPER TOLBERT                                                  DEFENDANTS

## ORDER

Counsel for plaintiff has informally advised the Court that they don't object to defendants' motions, *Doc. 3, 4 & 5*, or to giving defendants until 29 April 2020 to respond. Motions, *Doc. 3, 4 & 5*, are granted as modified. Answers or Rule 12(b) motions due by 29 April 2020.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 April 2020