IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIELLE CRAIN, Individually and on
Behalf of All Others Similarly Situated                              PLAINTIFF

v.                        No. 4:20-cv-245-DPM

ARKANSAS QUALITY THERAPY CO.;
COREY KIMBROUGH; and TROOPER
TOLBERT                                                              DEFENDANTS

## ORDER

Joint motion, *Doc. 20*, granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith resolution of a *bona fide* wages dispute. The attorney's fee was negotiated separately, after the parties had settled the wage claims. Plus, counsel put more work into the case than they've agreed to get paid for. The Court will dismiss the complaint with prejudice and retain jurisdiction until 6 August 2021 to enforce the settlement.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*4 January 2021*