IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIELLE CRAIN, Individually and on
Behalf of All Others Similarly Situated                                   PLAINTIFF

v.                              No. 4:20-cv-245-DPM

ARKANSAS QUALITY THERAPY CO.;
COREY KIMBROUGH; and TROOPER
TOLBERT                                                                   DEFENDANTS

## JUDGMENT

Crain's complaint is dismissed with prejudice. The Court retains jurisdiction until 6 August 2021 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

4 January 2021